## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ROBERT M. LEDOUX, ET AL** | : | **DOCKET NO. 18-cv-00083** |
| **VERSUS** | : | **JUDGE ROBERT G. JAMES** |
| **CHEROKEE INSURANCE COMPANY, ET AL** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, after an independent review of the record, considering the objections filed herein, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the Motion to Remand [Doc. 9] be **GRANTED** and the case remanded to the 14th Judicial District Court, Parish of Calcasieu, State of Louisiana.

**THUS DONE AND SIGNED**, in Chambers, on this 6th day of July, 2018.

_____
**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**